Damon R. HODGES, Appellant,

v.

STATE of Missouri, Respondent.

No. 68573.

Missouri Court of Appeals,
Eastern District,
Division One.

June 4, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 10, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for Respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Movant appeals denial without an evidentiary hearing of his Rule 24.035 motion. We affirm.

No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 84.16(b).